# EXHIBIT D

FILED
08-07-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
301 S. BEDFORD STREET, SUITE 1
MADISON WI 53703

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: August 8, 2025

**This form shall not be modified. It may be supplemented with additional material.**

**FILED**

**08-07-2025**

**Clerk of Circuit Court**

**Price County, WI**

**2025CV000105**

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

WEST BEND INSURANCE COMPANY
1900 SOUTH 18TH AVENUE
WEST BEND WI 53095

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: August 8, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice

§801.18(5)(d), Wisconsin Statutes

This form shall not be modified. It may be supplemented with additional material.

FILED
08-07-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

KAPUR & ASSOCIATES, INC.
7711 N. PORT WASHINGTON ROAD
MILWAUKEE WI 53217

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: August 8, 2025

This form shall not be modified. It may be supplemented with additional material.

FILED
08-07-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

JAMES M. PECK
602 DECATOR DRIVE
WAUSAU WI 54401

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: August 8, 2025

This form shall not be modified. It may be supplemented with additional material.

**FILED**
**08-07-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

ALIAS INSURANCE COMPANY NO. 1

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: August 8, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**  **CIRCUIT COURT**  **PRICE**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

FILED
08-07-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

ALIAS INSURANCE COMPANY NO. 2

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: August 8, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice

§801.18(5)(d), Wisconsin Statutes

This form shall not be modified. It may be supplemented with additional material.

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

**FILED**
**08-07-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

Gerald W. Christophersen et al vs. Progressive Universal
Insurance Company et al

**Electronic Filing
Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

NESTLE HEALTHCARE NUTRITION, INC. GROUP HEALTH INS...
30500 BAINBRIDGE ROAD
SOLON OH 44139

Case number 2025CV000105 was electronically filed with/converted by the Price County
Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange
of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through
the court electronic filing website. A document filed electronically has the same legal effect as
a document filed by traditional means. Electronic parties are responsible for serving
non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at
**http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a
fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of
Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under
§814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you
will need to enter the following code on the eFiling website while opting in as an electronic
party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents
by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are
authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm,
agency, corporation, or other group. Non-attorney individuals representing the interests of a
business, such as garnishees, must file by traditional means or through an attorney or filing
agent. More information about who may participate in electronic filing is found on the court
website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at
715-339-2353.

Price County Circuit Court
Date: August 8, 2025

This form shall not be modified. It may be supplemented with additional material.

§801.18(5)(d), Wisconsin Statutes

FILED
08-07-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

SECURITY HEALTH PLAN OF WISCONSIN, INC.
1515 N. SAINT JOSEPH AVENUE
MARSHFIELD WI 54449

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: August 8, 2025

GF-180(CCAP), 11/2020 Electronic Filing Notice

§801.18(5)(d), Wisconsin Statutes

**This form shall not be modified. It may be supplemented with additional material.**

**FILED**
08-07-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY
BRANCH ____

GERALD W. CHRISTOPHERSEN
406 N. Pacific Street
Spencer, WI 54479,

        -and-

PATTI CHRISTOPHERSEN
406 N. Pacific Street
Spencer, WI 54479,

              Plaintiffs,

        -vs-

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
c/o CT Corporation System, Registered Agent
301 S. Bedford Street, Suite 1
Madison, WI 53703,

WEST BEND INSURANCE COMPANY
c/o Christopher Zwygart, Registered Agent
1900 South 18th Avenue
West Bend, WI 53095,

KAPUR & ASSOCIATES, INC.
c/o Ramesh Kapur, Registered Agent
7711 N. Port Washington Road
Milwaukee, WI 53217,

JAMES M. PECK
602 Decator Drive
Wausau, WI 54401,

ALIAS INSURANCE COMPANY NO. 1,

ALIAS INSURANCE COMPANY NO. 2,

NESTLÉ HEALTHCARE NUTRITION, INC.
GROUP HEALTH INSURANCE PLAN
30500 Bainbridge Road
Solon, OH 44139,

        -and-

**Case No. 25-CV-____**
Code:  30101
Amount Claimed is Greater
than the Amount Under
Wis. Stat. § 799.01(1)(d)

SECURITY HEALTH PLAN OF WISCONSIN, INC.
c/o Jennifer Shermo, Registered Agent
1515 N. Saint Joseph Avenue
Marshfield, WI 54449,

           Defendants.

---

## SUMMONS

---

THE STATE OF WISCONSIN:

To Each Person Named Above As A Defendant:

     You are hereby notified that the Plaintiffs named above have filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

     Within forty-five (45) days of receiving this Summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is Clerk of Circuit Court, Price County Courthouse, 126 Cherry Street, Room 206, Phillips, Wisconsin 54555, and to Victoria M. Karcher, Habush Habush & Rottier S.C.®, Plaintiffs' attorneys, 227110 Harrier Avenue, P.O. Box 1987, Wausau, Wisconsin 54402-1987. You may have an attorney help or represent you.

     If you do not provide a proper answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may also be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and may be enforced by garnishment or seizure of property.

     Dated this 7th day of August, 2025.

                      **HABUSH HABUSH & ROTTIER S.C.®**
                      Attorneys for the Plaintiffs


                      *Electronically Signed by Victoria M. Karcher*
                      Victoria M. Karcher
                      State Bar No. 1077482

<u>ADDRESS</u>:
227110 Harrier Avenue
P.O. Box 1987
Wausau, WI 54402-1987
(715) 842-4444
vkarcher@habush.com

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY
BRANCH _____

GERALD W. CHRISTOPHERSEN
406 N. Pacific Street
Spencer, WI 54479,

      -and-

PATTI CHRISTOPHERSEN
406 N. Pacific Street
Spencer, WI 54479,

              Plaintiffs,

      -vs-

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
c/o CT Corporation System, Registered Agent
301 S. Bedford Street, Suite 1
Madison, WI 53703,

WEST BEND INSURANCE COMPANY
c/o Christopher Zwygart, Registered Agent
1900 South 18th Avenue
West Bend, WI 53095,

KAPUR & ASSOCIATES, INC.
c/o Ramesh Kapur, Registered Agent
7711 N. Port Washington Road
Milwaukee, WI 53217,

JAMES M. PECK
602 Decator Drive
Wausau, WI 54401,

ALIAS INSURANCE COMPANY NO. 1,

ALIAS INSURANCE COMPANY NO. 2,

NESTLÉ HEALTHCARE NUTRITION, INC.
GROUP HEALTH INSURANCE PLAN
30500 Bainbridge Road
Solon, OH 44139,

      -and-

**Case No. 25-CV-_____**
Code:  30101
Amount Claimed is Greater
than the Amount Under
Wis. Stat. § 799.01(1)(d)

SECURITY HEALTH PLAN OF WISCONSIN, INC.
c/o Jennifer Shermo, Registered Agent
1515 N. Saint Joseph Avenue
Marshfield, WI 54449,

                Defendants.

---

## COMPLAINT

---

GERALD W. CHRISTOPHERSEN and PATTI CHRISTOPHERSEN, by their attorneys, HABUSH HABUSH & ROTTIER S.C.®, as and for their Complaint against the above-named defendants, allege and show to the Court as follows:

1. The plaintiff, Gerald W. Christophersen, is an adult resident of the State of Wisconsin who currently resides at 406 N. Pacific Street, Spencer, Wisconsin 54479.

2. The plaintiff, Patti Christophersen, is an adult resident of the State of Wisconsin who currently resides at 406 N. Pacific Street, Spencer, Wisconsin 54479. Patti Christophersen is the wife of Gerald W. Christophersen.

3. The defendant, Progressive Universal Insurance Company, is a domestic insurance corporation licensed to do business in the State of Wisconsin with a registered agent and offices for service of process at CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, Wisconsin 53703. Further allege that the defendant, Progressive, at all times material hereto, had in full force and effect a policy of liability insurance covering a 2009 GMC Sierra pickup truck operated by the defendant, James M. Peck, and which provided insurance coverage for the claims made herein relative to the negligence of the defendant, James M. Peck.

4. The defendant, West Bend Insurance Company, is a domestic insurance corporation licensed to do business in the State of Wisconsin with a registered agent of Christopher Zwygart and offices for service of process at 1900 South 18th Avenue, West Bend, Wisconsin 53095. Further allege that the defendant, West Bend, at all times material hereto issued a policy or policies of insurance to Kapur & Associates, Inc. that provide insurance

coverage for the claims made herein relative to the negligence of the defendant, James M. Peck.

5.      The defendant, Kapur & Associates, Inc., is a domestic corporation licensed to do business in the State of Wisconsin with a registered agent of Ramesh Kapur and offices for service of process at 7711 N. Port Washington Road, Milwaukee, Wisconsin 53217. At all times materials hereto, Kapur & Associates, Inc. was the employer of the defendant, James M. Peck.

6.      The defendant, James M. Peck, is an adult resident of the State of Wisconsin who currently resides, upon information and belief, at 602 Decator Drive, Wausau, Wisconsin 54401. At all times material hereto, James M. Peck was an employee and/or agent and/or was otherwise acting in the course and scope of his employment with Kapur & Associates, Inc. and/or within the course and scope of Kapur & Associates, Inc.'s business.

7.      The defendant, Alias Insurance Company No. 1, is an insurance corporation, upon information and belief, licensed to do business in the State of Wisconsin, engaged in the business of selling liability/excess/umbrella insurance policies for a premium, and whose registered agent and address for service of process is unknown. Further allege, upon information and belief, at all times material hereto, the defendant, Alias Insurance Company No. 1, had issued a policy of insurance to the defendant, James M. Peck, for valuable consideration. Further allege that said policy of insurance was in full force and effect at all times material hereto, and pursuant to Wis. Stat. §§ 807.12, 632.24 and 803.04(2), the defendant, Alias Insurance Company No. 1, is a proper party defendant.

8.      The defendant, Alias Insurance Company No. 2, is an insurance corporation, upon information and belief, licensed to do business in the State of Wisconsin, engaged in the business of selling liability/excess/umbrella insurance policies for a premium, and whose registered agent and address for service of process is unknown. Further allege, upon information and belief, at all times material hereto, the defendant, Alias Insurance Company No. 2, had issued a policy of insurance to the defendant, Kapur & Associates, Inc., for valuable consideration. Further allege that said policy of insurance was in full force and effect at all times material hereto, and pursuant

to Wis. Stat. §§ 807.12, 632.24 and 803.04(2), the defendant, Alias Insurance Company No. 2, is a proper party defendant.

9.     The defendant, Nestlé Healthcare Nutrition, Inc. Group Health Insurance Plan, is an insurance corporation licensed to do business in the State of Wisconsin with offices for service of process at 30500 Bainbridge Road, Solon, Ohio 44139. Further allege that the defendant, Nestlé Healthcare Nutrition, Inc. Group Health Insurance Plan, is a proper party to this action pursuant to Wis. Stat. § 803.03 as it may have paid medical expenses on behalf of the plaintiff, Gerald W. Christophersen.

10.     The defendant, Security Health Plan of Wisconsin, Inc., is a domestic insurance corporation licensed to do business in the State of Wisconsin with a registered agent of Jennifer Shermo and offices for service of process at 1515 N. Saint Joseph Avenue, Marshfield, Wisconsin 54449. Further allege that the defendant, Security Health Plan of Wisconsin, Inc., is a proper party to this action pursuant to Wis. Stat. § 803.03 as it may have paid medical expenses on behalf of the plaintiff, Gerald W. Christophersen.

11.     On or about October 5, 2022, the plaintiff, Gerald W. Christophersen, was operating a 1998 Chevrolet Silverado pickup truck and towing a G3 boat north on State Highway 13 in the Town of Ogema, Price County, Wisconsin. At the same time, the defendant, James M. Peck, was operating his 2009 GMC Sierra pickup truck immediately behind Gerald W. Christophersen. The defendant, James M. Peck, rear-ended Gerald W. Christophersen, causing the collision.

12.     At the time of the collision described above and immediately prior thereto, the defendant, James M. Peck, was negligent with respect to management and control of his vehicle, negligent with respect to lookout, negligent for failing to stop, negligent for failing to drive attentively, and was otherwise negligent.

13.     The negligence of the defendant, James M. Peck, was a substantial factor and proximate cause of all of the injuries and damages suffered by the plaintiff, Gerald W.

Christophersen.

14.     At the time of the collision described above and immediately prior thereto, the defendant, James M. Peck, was operating the previously identified vehicle at the direction and control of the defendant, Kapur & Associates, Inc., in furtherance of the business, welfare and/or benefit of the defendant, Kapur & Associates, Inc., and was performing a service for the defendant, Kapur & Associates, Inc. Further allege that at the time of said collision, the defendant, James M. Peck, was driving the previously identified vehicle in the course of his duty as an employee and/or servant of the defendant, Kapur & Associates, Inc., as authorized by said defendant, and at all material times, the defendant, James M. Peck, was acting within the scope of his employment with the defendant, Kapur & Associates, Inc. Further allege that the defendant, Kapur & Associates, Inc., is vicariously liable for the negligence of the defendant, James M. Peck, and that such negligence is imputable to the defendant, Kapur & Associates, Inc., under the doctrine of *respondeat superior*.

15.     As a result of the incident, the plaintiff, Gerald W. Christophersen, suffered severe and permanent injuries to his mind and body including, but not limited to, his neck and low back. These injuries and their natural consequences caused the plaintiff, Gerald W. Christophersen, to incur medical expenses, lost wages, experience pain and suffering, interference with normal activities, interference with the ability to enjoy life, and embarrassment; all of which will continue in the future and are permanent in nature.

16.     As a result of the injuries sustained by the plaintiff, Gerald W. Christophersen, the plaintiff, Patti Christophersen, has been deprived of the society and companionship of her spouse, has provided nursing services, and has incurred medical and other expenses relating to her spouse's injuries, and will continue to incur such expenses in the future.

17.     As the liability carrier for the defendant, James M. Peck, the defendant, Progressive, is liable to the plaintiffs for all of their injuries and damages.

18.     As the liability carrier for the defendants, James M. Peck and/or Kapur &

Associates, Inc., the defendant, West Bend, is liable to the plaintiffs for all of their injuries and damages.

19.     As the liability carrier for the defendant, James M. Peck, the defendant, Alias Insurance Company No. 1, is liable to the plaintiffs for all of their injuries and damages.

20.     As the liability carrier for the defendant, Kapur & Associates, Inc., the defendant, Alias Insurance Company No. 2, is liable to the plaintiffs for all of their injuries and damages.

WHEREFORE, the plaintiffs demand judgment as follows:

A.     In favor of the plaintiffs, Gerald W. Christophersen and Patti Christophersen, and against the defendants, Progressive, West Bend, Kapur & Associates, Inc., James M. Peck, Alias Insurance Company No. 1, and Alias Insurance Company No. 2, in an amount sufficient to constitute fair and reasonable compensation for the injuries and damages suffered by the plaintiffs;

B.     In the event of settlement or verdict in favor of the plaintiffs, for an order declaring the rights of the plaintiffs to any settlement/verdict proceeds, superior to that of any subrogated carrier and further, for a declaration that the plaintiffs are not obligated to pay any funds to any subrogated carrier;

C.     For costs, disbursements and prejudgment interest; and

D.     For whatever further relief the Court deems proper.

PLAINTIFFS DEMAND THAT ALL ISSUES RAISED ABOVE
BE TRIED BEFORE A JURY OF TWELVE (12) PERSONS

Dated this 7th day of August, 2025.

HABUSH HABUSH & ROTTIER S.C.®
Attorneys for the Plaintiffs

*Electronically signed by Victoria M. Karcher*
Victoria M. Karcher
State Bar No. 1077482

ADDRESS:
227110 Harrier Avenue
P.O. Box 1987
Wausau, WI 54402-1987
(715) 842-4444
vkarcher@habush.com

**FILED**
**08-27-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

**Price County**

| | |
|---|---|
| GERALD W CHRISTOPHERSEN | Case No.:25CV000105 |
| Plantiff | |
| v. | |
| WEST BEND MUTUAL INSURANCE COMPANY | |
| Defendant | |

## <u>AFFIDAVIT OF CORPORATE SERVICE</u>

I, **Brian A Mejaki** being duly sworn on oath, state I am an adult resident of Wisconsin. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10) (2)

That on 8/18/2025 at 10:55 AM at 1900 S 18TH AVE, WEST BEND, WI 53095 I served WEST BEND MUTUAL INSURANCE COMPANY with the following list of documents: **SUMMONS & COMPLAINT; ELECTRONIC FILING NOTICE; PLAINTIFFS FIRST SET OF WRITTEN INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Linda Cox whose title is Person authorized to accept legal documents.

Final Results: 8/18/2025 at 10:55 AM

That the fee for this Service is $ 50.00

Brian A Mejaki
State Process Service, Inc
11063 West Bluemound Rd, 101
Wauwatosa, WI 53226
(414) 256-7000

Subscribed and sworn before me, a Notary
Public. this 19th day of August, 2025

Jon P Kratochvil
Notary Public
My Commision expires on: 4/27/2029

Order #:P433081
Their File 25CV000105

**FILED**
**08-27-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

# AFFIDAVIT OF SERVICE

**State of Wisconsin**          **County of Price**          **Circuit Court**

Case Number: 2025CV000105

Plaintiff:
**GERALD W. CHRISTOPERSEN., ET A.,**

vs.

Defendant:
**PROGRESSIVE UNIVERSAL INSURANCE COMPANY., ET AL.,**

For:
Habush Habush & Rottier S.C.

Received by Cleveland Service Agency on the 13th day of August, 2025 at 10:20 am to be served on **Nestle Healthcare Nutrition, Inc. Group Health Insurance Plan C/O Ct Corp, 4400 EASTON COMMONS WAY, STE 125, COLUMBUS, OH 43219**.

I, Ron Freeman, being duly sworn, depose and say that on the **14th day of August, 2025** at **9:12 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint; Electronic Filing Notice; and Plaintiffs' First Set of Written Interrogatories and Requests for Production of Documents to Defendants, Progressive Universal Insurance Company, West Bend Insurance Company, Kapur & Associates, Inc., and James M. Peck on Nestle Healthcare Nutrition, Inc. Group Health Insurance Plan.** to: **Daylen Platt** as **Employee Of Ct Corp** for **Nestle Healthcare Nutrition, Inc. Group Health Insurance Plan C/O Ct Corp**, at the address of: **4400 EASTON COMMONS WAY, STE 125, COLUMBUS, OH 43219**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18, and not a party to this action,, I was authorized by law to perform said service. process servers are not licensed and no license number is available.

State of Ohio , County of Cuyahoga
Subscribed and Sworn to before me on the 18th
day of August, 2025 by the affiant who is personally
known to me.

NOTARY PUBLIC

**DONNA HARPER**
Notary Public, State of Ohio
My Commission Expires
May 28th, 2028

**Ron Freeman**
Process Server

**Cleveland Service Agency**
**Member Ohio Process Service Network**
**P.O. Box 93447**
**Cleveland, OH 44101-5447**
**(888) 737-8320**

Our Job Serial Number: CSA-2025000664

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

FILED
08-27-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN      CIRCUIT COURT      PRICE COUNTY

GERALD W. CHRISTOPHERSEN, ET AL.

v.                                               Case No. 25CV105

OWNERS INSURANCE COMPANY, ET AL.

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN     )
                             ) ss.
COUNTY OF DANE          )

Kamille M. Valenzuela-Sanchez, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and says that on August 18, 2025 at 1:22 PM, in the City of Madison, Dane County, Wisconsin, at *301 South Bedford Street, Suite 1,* **Progressive Universal Insurance Company** was served with an authenticated copy of the Electronic Filing Notice, Summons, and Complaint with attached copies of Plaintiffs' First Set of Written Interrogatories and Requests for Production of Documents to Defendants, Progressive Universal Insurance Company, West Bend Insurance Company, Kapur & Associates, Inc. and James M. Peck, and Authorization For Release of Cell Phone Records in the above-referenced matter by then and there leaving copies thereof with Barb Dejongh, Customer Service Representative, a person authorized to accept service on behalf of CT Corporation Systems, Registered Agent of said company. Such copies were endorsed with my name, the date and time of service.

Subscribed and sworn to before me
The __19__ day of August, 2025.

Notary Public, Dane County, WI
My Commission expires __5/7/28__

Kamille M. Valenzuela-Sanchez
Process Server
Dane County Legal Notice, LLC
6041 Monona Drive, Suite 105
Madison, Wisconsin 53716
(608)251-1181

FILED
08-27-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

**Price County**

| | |
|---|---|
| GERALD W CHRISTOPHERSEN | Case No.:25CV000105 |
| Plantiff | |
| v. | |
| KAPUR & ASSOCIATES INC | |
| Defendant | |

## AFFIDAVIT OF CORPORATE SERVICE

I, **Brian A Mejaki** being duly sworn on oath, state I am an adult resident of Wisconsin. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10) (2)

That on 8/18/2025 at 2:19 PM at 7711 N PORT WASHINGTON RD, MILWAUKEE, WI 53217 I served KAPUR & ASSOCIATES INC with the following list of documents: **SUMMONS & COMPLAINT; ELECTRONIC FILING NOTICE; PLAINTIFFS FIRST SET OF WRITTEN INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Meg Feltes whose title is Person authorized to accept legal documents.

Final Results: 8/18/2025 at 2:19 PM

That the fee for this Service is $ 45.00

Brian A Mejaki
State Process Service, Inc
11063 West Bluemound Rd, 101
Wauwatosa, WI 53226
(414) 256-7000

Subscribed and sworn before me, a Notary Public. this 19th day of August, 2025

Jon P Kratochvil
Notary Public
My Commision expires on: 4/27/2029

Order #:P433082
Their File 25CV000105



**FILED**
**08-27-2025**
**Clerk of Circuit Court**
**Price County, WI**
ckinvestigationswi.com
2025CV000105

# **INVESTIGATIONS,**
*Thirty years of law enforcement and professional training.*

(715) 581-3020
P.O. Box 1691, Wausau WI 54402

ckinvestigationswi.com
ckinvestigationswi@gmail.com

## **AFFIDAVIT OF SERVICE**

I, Charles D. Knapp, verify that I have served the legal documents as indicated below and verify that if this paper was sub-served that the person receiving this paper was of legal age to receive paper. If this was a corporate serve, the person receiving the paper was authorized to accept service. I am over the age of 18, not a party to the action, authorized to serve the paper, and did identify the named person or business at the time of service. I verified the defendant was not currently an active military service member by asking the defendant or the person sub-served.

STATE OF WISCONSIN

GERALD W. CHRISTOPHERSEN, et al

- VS -

PROGRESSIVE UNIVERSAL INSURANCE COMPANY, et al

CASE NUMBER: State of Wisconsin, Price County 25-CV-105

TYPE OF DOCUMENT: Authenticated Summons and Complaint, Plaintiff's First Set of Written Interrogatories and Requests for Production of Documents to Defendants, Progressive Universal Insurance Company, West Bend Insurance Company, Kapur & Associates, Inc., and James M. Peck, Authorization for Release of Cell Phone Records, and Electronic Filing Notice.

**PERSON SERVED/TITLE:** James M. Peck
DATE OF SERVICE: August 17th, 2025
TIME OF SERVICE: 7:45 PM
ADDRESS OF SERVICE: 602 Decator Dr., Wausau, Wi 54401

ATTEMPTED SERVICE PRIOR TO ACTUAL OR RETURN FOR NON-SERVICE:
**FIRST:** (DATE/TIME/ADDRESS/REASON)

**SECOND:** (DATE/TIME/ADDRESS/REASON)

**COMMENTS:**

Subscribed and Sworn to before me this 27th day of August, 2025

JENNIFER L. Thums

Signature

My commission expires: 7/11/2029

Charles D. Knapp, Process Server Signature
WI LICENSE #11930-63, AGENCY #16878-62

JENNIFER L. THUMS
NOTARY PUBLIC
STATE OF WISCONSIN

FILED
08-27-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY

GERALD W. CHRISTOPHERSEN
and PATTI CHRISTOPHERSEN,

          Plaintiffs,

   -vs-

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLE HEALTHCARE NUTRITION, INC.
GROUP HEALTH INSURANCE PLAN,
and SECURITY HEALTH PLAN OF WISCONSIN, INC.,

          Defendants.

**Case No. 2025-CV-105**
Code: 30101

Amount Claimed is Greater
than the Amount Under
Wis. Stat. § 799.01(1)(d)

---

### ADMISSION OF SERVICE

---

      The undersigned, Lisa S.H. Boero, a representative for Security Health

Plan of Wisconsin, Inc., hereby acknowledges receipt of the copy of the

Summons and Complaint, Electronic Filing Notice and Plaintiffs' First Set of Written

Interrogatories and Requests for Production of Documents to Defendants, Progressive

Universal Insurance Company, West Bend Insurance Company, Kapur & Associates,

Inc. and James M. Peck with regard to the above-entitled action.

      Dated this ___13th___ day of ___August___, 2025.

                    _____

                    Security Health Plan of Wisconsin, Inc.
                    By: Lisa S.H. Boero
                    Title: Chief Legal and Compliance Officer

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **PRICE COUNTY**

---

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice
Status Change**

Case No: 2025CV000105

---

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
301 S. BEDFORD STREET, SUITE 1
MADISON WI 53703

For 2025CV000105, the electronic notice preference for Lisa S.H. Boero, Wisconsin attorney for Security Health Plan of Wisconsin, Inc., has changed.

Lisa S.H. Boero has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: September 25, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **PRICE COUNTY**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice Status Change**

Case No: 2025CV000105

WEST BEND INSURANCE COMPANY
1900 SOUTH 18TH AVENUE
WEST BEND WI 53095

For 2025CV000105, the electronic notice preference for Lisa S.H. Boero, Wisconsin attorney for Security Health Plan of Wisconsin, Inc., has changed.

Lisa S.H. Boero has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: September 25, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **PRICE COUNTY**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice
Status Change**

Case No: 2025CV000105

KAPUR & ASSOCIATES, INC.
7711 N. PORT WASHINGTON ROAD
MILWAUKEE WI 53217

For 2025CV000105, the electronic notice preference for Lisa S.H. Boero, Wisconsin attorney for Security Health Plan of Wisconsin, Inc., has changed.

Lisa S.H. Boero has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: September 25, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **PRICE COUNTY**

---

Gerald W. Christophersen et al vs. Progressive Universal
Insurance Company et al

**Electronic Notice
Status Change**

Case No: 2025CV000105

---

JAMES M. PECK
602 DECATOR DRIVE
WAUSAU WI 54401

For 2025CV000105, the electronic notice preference for Lisa S.H. Boero, Wisconsin
attorney for Security Health Plan of Wisconsin, Inc., has changed.

Lisa S.H. Boero has registered as an electronic notice party and has agreed to file any
documents and receive all communications from the court for this case electronically.
You will no longer need to provide traditional paper documents to this party, unless the
party has an attorney who has filed a limited notice of appearance and this party is
receiving limited scope representation. You still need to provide traditional paper
documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at
715-339-2353.

Price County Circuit Court
Date: September 25, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **PRICE COUNTY**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice Status Change**

Case No: 2025CV000105

ALIAS INSURANCE COMPANY NO. 1

For 2025CV000105, the electronic notice preference for Lisa S.H. Boero, Wisconsin attorney for Security Health Plan of Wisconsin, Inc., has changed.

Lisa S.H. Boero has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: September 25, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **PRICE COUNTY**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice Status Change**

Case No: 2025CV000105

ALIAS INSURANCE COMPANY NO. 2

For 2025CV000105, the electronic notice preference for Lisa S.H. Boero, Wisconsin attorney for Security Health Plan of Wisconsin, Inc., has changed.

Lisa S.H. Boero has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: September 25, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **PRICE COUNTY**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice
Status Change**

Case No: 2025CV000105

NESTLE HEALTHCARE NUTRITION, INC. GROUP HEALTH INS. PLAN
30500 BAINBRIDGE ROAD
SOLON OH 44139

For 2025CV000105, the electronic notice preference for Lisa S.H. Boero, Wisconsin attorney for Security Health Plan of Wisconsin, Inc., has changed.

Lisa S.H. Boero has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: September 25, 2025

This form shall not be modified. It may be supplemented with additional material.

**FILED**
**09-25-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY

GERALD W. CHRISTOPHERSEN,
PATTI CHRISTOPHERSEN,

               Plaintiffs,                        Case No. 25-CV-105

v.

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLÉ HEALTHCARE NUTRITION, INC.
GROUP HEALTH INSURANCE PLAN,
SECURITY HEALTH PLAN OF WISCONSIN, INC.,

               Defendants.

---

## NOTICE OF RETAINER

---

**TO:   ALL COUNSEL AND PARTIES OF RECORD**

      PLEASE TAKE NOTICE that Lisa S. H. Boero hereby appears in this action as counsel for the defendant, Security Health Plan of Wisconsin, Inc., in the above-entitled matter and demand that a copy of all papers and proceedings subsequent to the Summons and Complaint herein be served upon me through the Wisconsin Circuit Court eFiling System or at the address set forth below.

      Dated this 27th day of August, 2025.

                                      Security Health Plan of Wisconsin, Inc.

                                      *Electronically signed by Lisa S. H. Boero*
                                      Lisa S. H. Boero
                                      Attorney for the Defendant
                                        State Bar No. 1063672
                                      shp.legal@securityhealth.org

ADDRESS:
1515 N. Saint Joseph Avenue
P.O. Box 8000
Marshfield, WI 54449
715-221-9752

FILED
09-25-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY

GERALD W. CHRISTOPHERSEN,
PATTI CHRISTOPHERSEN,

          Plaintiffs,                Case No. 25-CV-105

v.

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLÉ HEALTHCARE NUTRITION, INC.
GROUP HEALTH INSURANCE PLAN,
SECURITY HEALTH PLAN OF WISCONSIN, INC.,

          Defendants.

CERTIFICATE OF SERVICE

      Heather Varsho, says, that she made due service of the attached Security Health Plan of Wisconsin, Inc.'s Notice of Appearance, Answer, Counterclaim and Cross-Claim, and Disclosure of Witnesses, upon the parties therein named, by mailing to them on September 25, 2025, a true and correct copy thereof, by depositing the same in the mail center for Security Health Plan of Wisconsin, Inc., located at 1515 N. Saint Joseph Avenue, Marshfield, Wisconsin, enclosed in a proper postage prepaid envelope addressed as follows:

Progressive Universal Insurance Company
c/o CT Corporation
301 S. Bedford Street, Suite 1
Madison, WI 53703

West Bend Insurance Company
ATTN: Legal
1900 South 18th Avenue
West Bend, WI 53095

Kapur & Associates, Inc.
ATTN: Legal
7711 N. Port Washington Road
Milwaukee, WI 53217

James M. Peck
602 Decator Drive
Wausau, WI 54401

Nestle Healthcare Nutrition, Inc. Group Health Ins. Plan
ATTN: Legal
30500 Bainbridge Road
Solon, OH 44139

Security Health Plan of Wisconsin, Inc.

*Electronically signed by Heather Varsho*
Heather Varsho
Litigation Coordinator

FILED
09-25-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY

---

GERALD W. CHRISTOPHERSEN,
PATTI CHRISTOPHERSEN,

                    Plaintiffs,                  Case No. 25-CV-105

v.

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLÉ HEALTHCARE NUTRITION, INC.
GROUP HEALTH INSURANCE PLAN,
SECURITY HEALTH PLAN OF WISCONSIN, INC.,

                    Defendants.

---

## SECURITY HEALTH PLAN OF WISCONSIN, INC.'S
## ANSWER, COUNTERCLAIM, CROSS-CLAIM AND AFFIRMATIVE DEFENSE

---

NOW COMES the defendant, Security Health Plan of Wisconsin, Inc., by its attorney, Lisa S. H. Boero, and as and for its Answer to the plaintiffs' Complaint, admits, denies, and alleges as follows:

<u>ANSWER</u>

1.     Answering Paragraph 10, alleges that Security Health Plan of Wisconsin, Inc. has made certain payments on behalf of the plaintiff, Gerald W. Christophersen, with respect to medical, hospital and/or disability expenses incurred by, for or on behalf of the said plaintiff in the total sum to date of $224.06 for injuries sustained as a result of the complained of occurrence; alleges that the Plan and Contract pursuant to which said payments were made contains a subrogation provision and provides, inter alia, that the said plaintiff, as enrollee, is

obligated to assign, transfer and subrogate to the Plan all of his rights of recovery from any third party to the extent of the reasonable value of services and benefits provided pursuant to said Plan and Contract, and reasonable costs of collection; and provides that the said plaintiff, as enrollee, shall cooperate and assist in the protection of the rights of Security Health Plan of Wisconsin, Inc., which subrogation rights are considered first priority claims against any such third party; that the said plaintiff, as enrollee, shall do nothing to prejudice said subrogation rights, and other related provisions, terms and conditions, as stated in said Plan and Contract. Denies any allegation contained in Paragraph 10 or elsewhere in the plaintiffs' Complaint which is inconsistent with the precise terms and conditions of said Plan and Contract.

2.      Answering the remaining allegations contained in the plaintiffs' Complaint, alleges that it is without knowledge and sufficient information, at the present time, upon which to form a belief with respect to those allegations and therefore denies the same and puts the plaintiffs to their proof thereon.

<u>COUNTERCLAIM AND CROSS-CLAIM</u>

NOW COMES the defendant, Security Health Plan of Wisconsin, Inc., by its attorney, Lisa S. H. Boero, and as and for its counterclaims against the plaintiffs and cross-claims against the defendants, (except those defendants whose only interest is that of a subrogated party), admits, denies, and alleges as follows:

1.      Repeats and realleges, and incorporates herein by reference as so fully set forth, but for informational purposes only, all of the allegations contained in the plaintiffs' Complaint, excepting only the allegations contained in Paragraph 10.

2.      Repeats and realleges, and incorporates herein by reference as so fully set forth, all of the admissions, denials, qualifications, and allegations as stated in the above and foregoing Answer of this defendant to the plaintiffs' Complaint.

3.      That Security Health Plan of Wisconsin, Inc. has made certain payments with respect to medical, hospital and/or disability expenses incurred by, for or on behalf of the plaintiff, Gerald W. Christophersen, as alleged in the foregoing Answer of this defendant to the plaintiffs' Complaint; that if and in the event of the negligence of the defendants, as alleged in the plaintiffs' Complaint, that then and in that event this answering defendant will be entitled to a judgment against the defendants, to the extent of its subrogated interest, according to law, together with its statutory costs and disbursements.

<u>AFFIRMATIVE DEFENSE</u>

Security Health Plan of Wisconsin, Inc. has been misjoined as a party/defendant and should be designated as a party/plaintiff pursuant to § 803.03(2) of the Wisconsin Statutes and case law thereunder, thereby excusing said party from the responsive pleadings requirement.

WHEREFORE, this answering defendant demands judgment as follows:

(a)      That if and in the event the plaintiffs recover any sum as damages for the certain payments made by Security Health Plan of Wisconsin, Inc., on behalf of the plaintiff, Gerald W. Christophersen, with respect to medical, hospital and/or disability expenses, that then and in that event for a judgment against the plaintiffs to the full extent of this defendant's subrogated interests; and

(b)      That if and in the event it is determined at the time of the trial that the plaintiff, Gerald W. Christophersen, suffered injuries and damages as a result of the acts and omissions of the defendants that then and in that event for a judgment against the defendants to the full extent of the payments made by Security Health Plan of Wisconsin, Inc. for or on behalf of the plaintiff, Gerald W. Christophersen, together with its statutory costs and disbursements.

Dated this 27th day of August, 2025.

Security Health Plan of Wisconsin, Inc.


*Electronically signed by Lisa S. H. Boero*
Lisa S. H. Boero
Attorney for the Defendant
State Bar No. 1063672
shp.legal@securityhealth.org

<u>ADDRESS</u>:
1515 N. Saint Joseph Avenue
P.O. Box 8000
Marshfield, WI 54449
715-221-9752

FILED
09-25-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY

---

GERALD W. CHRISTOPHERSEN,
PATTI CHRISTOPHERSEN,

                Plaintiffs,                        Case No. 25-CV-105

v.

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLÉ HEALTHCARE NUTRITION, INC.
GROUP HEALTH INSURANCE PLAN,
SECURITY HEALTH PLAN OF WISCONSIN, INC.,

                Defendants.

---

**SECURITY HEALTH PLAN OF WISCONSIN, INC.'S
DISCLOSURE OF WITNESSES**

---

The defendant, Security Health Plan of Wisconsin, Inc., (hereinafter "Security Health Plan"), by its attorney, Lisa S. H. Boero, hereby discloses the following witnesses who may be called by it at the time of trial in the above-entitled action:

1.      Any and all witnesses (lay or expert) identified by any other party of this litigation, regardless of whether those individuals are called by those parties to testify at trial.

2.      As an expert witness, Security Health Plan's Chief Medical Officer, or designee, whose address is 1515 North Saint Joseph Avenue, P.O. Box 8000, Marshfield, WI 54449, and any and all health care providers who rendered treatment, supplies or equipment for the plaintiff, Gerald W. Christopherson, for the complained occurrence. The expected testimony of these witnesses will include the medical care and treatment provided to the said plaintiff; that this medical care and treatment was necessarily incurred by the said plaintiff as a result of the complained of occurrence; and that the charges for the medical care and treatment are reasonable charges for the medical care and treatment for which they were rendered.

3.      A representative of Security Health Plan's Health Services Department, whose address is c/o Security Health Plan, 1515 North Saint Joseph Avenue, P.O. Box 8000, Marshfield, WI 54449, for the purpose of testifying with regard to Security Health Plan's insurance policies or programs and payments made under those policies or programs and that by virtue of these payments, and pursuant to the terms of the policies of Security Health Plan, Security Health Plan is subrogated to the rights of the plaintiff, Gerald W. Christopherson, to the extent of all payments made on behalf of the said plaintiff.

4.      Security Health Plan reserves the right to name additional experts, should the need arise as a result of future discovery, additional treatment or other circumstances.

Dated this 27th day of August, 2025.

Security Health Plan of Wisconsin, Inc.

*Electronically signed by Lisa S. H. Boero*
Lisa S. H. Boero
Attorney for the Defendant
State Bar No. 1063672
shp.legal@securityhealth.org

ADDRESS:
1515 N. Saint Joseph Avenue
P.O. Box 8000
Marshfield, WI 54449
715-221-9752

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

**FILED**
**10-01-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

Gerald W. Christophersen et al vs. Progressive Universal
Insurance Company et al

**Electronic Filing
Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
301 S. BEDFORD STREET, SUITE 1
MADISON WI 53703

Case number 2025CV000105 was electronically filed with/converted by the Price County
Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange
of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through
the court electronic filing website. A document filed electronically has the same legal effect as
a document filed by traditional means. Electronic parties are responsible for serving
non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at
**http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a
fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of
Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under
§814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you
will need to enter the following code on the eFiling website while opting in as an electronic
party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents
by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are
authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm,
agency, corporation, or other group. Non-attorney individuals representing the interests of a
business, such as garnishees, must file by traditional means or through an attorney or filing
agent. More information about who may participate in electronic filing is found on the court
website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at
715-339-2353.

Price County Circuit Court
Date: October 1, 2025

**This form shall not be modified. It may be supplemented with additional material.**
§801.18(5)(d), Wisconsin Statutes

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

FILED
10-01-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

WEST BEND INSURANCE COMPANY
1900 SOUTH 18TH AVENUE
WEST BEND WI 53095

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: October 1, 2025

§801.18(5)(d), Wisconsin Statutes

**This form shall not be modified. It may be supplemented with additional material.**

FILED
10-01-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **PRICE**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

KAPUR & ASSOCIATES, INC.
7711 N. PORT WASHINGTON ROAD
MILWAUKEE WI 53217

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: October 1, 2025

This form shall not be modified. It may be supplemented with additional material.

FILED
10-01-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

JAMES M. PECK
602 DECATOR DRIVE
WAUSAU WI 54401

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: October 1, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**            **CIRCUIT COURT**            **PRICE**

Gerald W. Christophersen et al vs. Progressive Universal
Insurance Company et al

**Electronic Filing
Notice**

FILED
10-01-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

---

ALIAS INSURANCE COMPANY NO. 1

Case number 2025CV000105 was electronically filed with/converted by the Price County
Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange
of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through
the court electronic filing website. A document filed electronically has the same legal effect as
a document filed by traditional means. Electronic parties are responsible for serving
non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at
**http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a
fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of
Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under
§814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you
will need to enter the following code on the eFiling website while opting in as an electronic
party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents
by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are
authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm,
agency, corporation, or other group. Non-attorney individuals representing the interests of a
business, such as garnishees, must file by traditional means or through an attorney or filing
agent. More information about who may participate in electronic filing is found on the court
website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at
715-339-2353.

Price County Circuit Court
Date: October 1, 2025

**This form shall not be modified. It may be supplemented with additional material.**

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

**FILED**
**10-01-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

ALIAS INSURANCE COMPANY NO. 2

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: October 1, 2025

**FILED**
**10-01-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

NESTLE HEALTHCARE NUTRITION, INC. GROUP HEALTH INS...
30500 BAINBRIDGE ROAD
SOLON OH 44139

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: October 1, 2025

This form shall not be modified. It may be supplemented with additional material.

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

FILED
10-01-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

SECURITY HEALTH PLAN OF WISCONSIN, INC.
1515 N. SAINT JOSEPH AVENUE
MARSHFIELD WI 54449

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: October 1, 2025

§801.18(5)(d), Wisconsin Statutes

This form shall not be modified. It may be supplemented with additional material.

FILED
10-01-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE |
|---|---|---|

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Filing Notice**

Case No. 2025CV000105
Class Code: Personal Injury/Automobile

NESTLE USA NESCARE PLAN
301 S. BEDFORD STREET, SUITE 1
MADISON WI 53703

Case number 2025CV000105 was electronically filed with/converted by the Price County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 3b62cd**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 715-339-2353.

Price County Circuit Court
Date: October 1, 2025

§801.18(5)(d), Wisconsin Statutes

**This form shall not be modified. It may be supplemented with additional material.**

FILED
10-01-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY
BRANCH 1

GERALD W. CHRISTOPHERSEN
406 N. Pacific Street
Spencer, WI 54479,

     -and-

PATTI CHRISTOPHERSEN
406 N. Pacific Street
Spencer, WI 54479,

          Plaintiffs,

     -vs-

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
c/o CT Corporation System, Registered Agent
301 S. Bedford Street, Suite 1
Madison, WI 53703,

WEST BEND INSURANCE COMPANY
c/o Christopher Zwygart, Registered Agent
1900 South 18th Avenue
West Bend, WI 53095,

KAPUR & ASSOCIATES, INC.
c/o Ramesh Kapur, Registered Agent
7711 N. Port Washington Road
Milwaukee, WI 53217,

JAMES M. PECK
602 Decator Drive
Wausau, WI 54401,

ALIAS INSURANCE COMPANY NO. 1,

ALIAS INSURANCE COMPANY NO. 2,

NESTLÉ USA NESCARE PLAN
Nestlé USA, Inc.
c/o CT Corporation System, Registered Agent
301 S. Bedford Street, Suite 1
Madison, WI 53703,

     -and-

**Case No. 25-CV-105**
Code:  30101
Amount Claimed is Greater
than the Amount Under
Wis. Stat. § 799.01(1)(d)

SECURITY HEALTH PLAN OF WISCONSIN, INC.
c/o Attorney Lisa S. H. Boero
1515 N. Saint Joseph Avenue
Marshfield, WI 54449,

                    Defendants.

---

## AMENDED SUMMONS

---

THE STATE OF WISCONSIN:

To Each Person Named Above As A Defendant:

        You are hereby notified that the Plaintiffs named above have filed a lawsuit or other legal action against you. The Amended Complaint, which is attached, states the nature and basis of the legal action.

        Within forty-five (45) days of receiving this Amended Summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Amended Complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is Clerk of Circuit Court, Price County Courthouse, 126 Cherry Street, Room 206, Phillips, Wisconsin 54555, and to Victoria M. Karcher, Habush Habush & Rottier S.C.®, Plaintiffs' attorneys, 227110 Harrier Avenue, P.O. Box 1987, Wausau, Wisconsin 54402-1987. You may have an attorney help or represent you.

        If you do not provide a proper answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Amended Complaint and you may lose your right to object to anything that is or may be incorrect in the Amended Complaint. A judgment may also be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and may be enforced by garnishment or seizure of property.

        Dated this 1st day of October, 2025.

                    **HABUSH HABUSH & ROTTIER S.C.®**
                    Attorneys for the Plaintiffs


                    *Electronically Signed by Victoria M. Karcher*
                    Victoria M. Karcher
                    State Bar No. 1077482

ADDRESS:
227110 Harrier Avenue
P.O. Box 1987
Wausau, WI 54402-1987
(715) 842-4444
vkarcher@habush.com

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY
BRANCH 1

_____

GERALD W. CHRISTOPHERSEN
406 N. Pacific Street
Spencer, WI 54479,

    -and-                                                 **Case No. 25-CV-105**
                                                         Code:  30101
PATTI CHRISTOPHERSEN                      Amount Claimed is Greater
406 N. Pacific Street                          than the Amount Under
Spencer, WI 54479,                           Wis. Stat. § 799.01(1)(d)

                 Plaintiffs,

    -vs-

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
c/o CT Corporation System, Registered Agent
301 S. Bedford Street, Suite 1
Madison, WI 53703,

WEST BEND INSURANCE COMPANY
c/o Christopher Zwygart, Registered Agent
1900 South 18th Avenue
West Bend, WI 53095,

KAPUR & ASSOCIATES, INC.
c/o Ramesh Kapur, Registered Agent
7711 N. Port Washington Road
Milwaukee, WI 53217,

JAMES M. PECK
602 Decator Drive
Wausau, WI 54401,

ALIAS INSURANCE COMPANY NO. 1,

ALIAS INSURANCE COMPANY NO. 2,

NESTLÉ USA NESCARE PLAN
Nestlé USA, Inc.
c/o CT Corporation System, Registered Agent
301 S. Bedford Street, Suite 1
Madison, WI 53703,

    -and-

SECURITY HEALTH PLAN OF WISCONSIN, INC.
c/o Attorney Lisa S. H. Boero
1515 N. Saint Joseph Avenue
Marshfield, WI 54449,

               Defendants.

---

### AMENDED COMPLAINT

---

GERALD W. CHRISTOPHERSEN and PATTI CHRISTOPHERSEN, by their attorneys, HABUSH HABUSH & ROTTIER S.C.®, as and for their Amended Complaint against the above-named defendants, allege and show to the Court as follows:

1.     The plaintiff, Gerald W. Christophersen, is an adult resident of the State of Wisconsin who currently resides at 406 N. Pacific Street, Spencer, Wisconsin 54479.

2.     The plaintiff, Patti Christophersen, is an adult resident of the State of Wisconsin who currently resides at 406 N. Pacific Street, Spencer, Wisconsin 54479. Patti Christophersen is the wife of Gerald W. Christophersen.

3.     The defendant, Progressive Universal Insurance Company, is a domestic insurance corporation licensed to do business in the State of Wisconsin with a registered agent and offices for service of process at CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, Wisconsin 53703. Further allege that the defendant, Progressive, at all times material hereto, had in full force and effect a policy of liability insurance covering a 2009 GMC Sierra pickup truck operated by the defendant, James M. Peck, and which provided insurance coverage for the claims made herein relative to the negligence of the defendant, James M. Peck.

4.     The defendant, West Bend Insurance Company, is a domestic insurance corporation licensed to do business in the State of Wisconsin with a registered agent of Christopher Zwygart and offices for service of process at 1900 South 18th Avenue, West Bend, Wisconsin 53095. Further allege that the defendant, West Bend, at all times material hereto issued a policy or policies of insurance to Kapur & Associates, Inc. that provide insurance

coverage for the claims made herein relative to the negligence of the defendant, James M. Peck.

5.      The defendant, Kapur & Associates, Inc., is a domestic corporation licensed to do business in the State of Wisconsin with a registered agent of Ramesh Kapur and offices for service of process at 7711 N. Port Washington Road, Milwaukee, Wisconsin 53217. At all times materials hereto, Kapur & Associates, Inc. was the employer of the defendant, James M. Peck.

6.      The defendant, James M. Peck, is an adult resident of the State of Wisconsin who currently resides, upon information and belief, at 602 Decator Drive, Wausau, Wisconsin 54401. At all times material hereto, James M. Peck was an employee and/or agent and/or was otherwise acting in the course and scope of his employment with Kapur & Associates, Inc. and/or within the course and scope of Kapur & Associates, Inc.'s business.

7.      The defendant, Alias Insurance Company No. 1, is an insurance corporation, upon information and belief, licensed to do business in the State of Wisconsin, engaged in the business of selling liability/excess/umbrella insurance policies for a premium, and whose registered agent and address for service of process is unknown. Further allege, upon information and belief, at all times material hereto, the defendant, Alias Insurance Company No. 1, had issued a policy of insurance to the defendant, James M. Peck, for valuable consideration. Further allege that said policy of insurance was in full force and effect at all times material hereto, and pursuant to Wis. Stat. §§ 807.12, 632.24 and 803.04(2), the defendant, Alias Insurance Company No. 1, is a proper party defendant.

8.      The defendant, Alias Insurance Company No. 2, is an insurance corporation, upon information and belief, licensed to do business in the State of Wisconsin, engaged in the business of selling liability/excess/umbrella insurance policies for a premium, and whose registered agent and address for service of process is unknown. Further allege, upon information and belief, at all times material hereto, the defendant, Alias Insurance Company No. 2, had issued a policy of insurance to the defendant, Kapur & Associates, Inc., for valuable consideration. Further allege that said policy of insurance was in full force and effect at all times material hereto, and pursuant

to Wis. Stat. §§ 807.12, 632.24 and 803.04(2), the defendant, Alias Insurance Company No. 2, is a proper party defendant.

9.      The defendant, Nestlé USA NesCARE Plan, is an insurance corporation licensed to do business in the State of Wisconsin with offices for service of process at Nestlé USA, Inc., c/o CT Corporation System, 301 S. Bedford Street, Suite 1, Madison, Wisconsin 53703. Further allege that the defendant, Nestlé USA NesCARE Plan, is a proper party to this action pursuant to Wis. Stat. § 803.03 as it may have paid medical expenses on behalf of the plaintiff, Gerald W. Christophersen.

10.     The defendant, Security Health Plan of Wisconsin, Inc., is a domestic insurance corporation licensed to do business in the State of Wisconsin with a registered agent of Jennifer Shermo and offices for service of process at 1515 N. Saint Joseph Avenue, Marshfield, Wisconsin 54449. Further allege that the defendant, Security Health Plan of Wisconsin, Inc., is a proper party to this action pursuant to Wis. Stat. § 803.03 as it may have paid medical expenses on behalf of the plaintiff, Gerald W. Christophersen.

11.     On or about October 5, 2022, the plaintiff, Gerald W. Christophersen, was operating a 1998 Chevrolet Silverado pickup truck and towing a G3 boat north on State Highway 13 in the Town of Ogema, Price County, Wisconsin. At the same time, the defendant, James M. Peck, was operating his 2009 GMC Sierra pickup truck immediately behind Gerald W. Christophersen. The defendant, James M. Peck, rear-ended Gerald W. Christophersen, causing the collision.

12.     At the time of the collision described above and immediately prior thereto, the defendant, James M. Peck, was negligent with respect to management and control of his vehicle, negligent with respect to lookout, negligent for failing to stop, negligent for failing to drive attentively, and was otherwise negligent.

13.     The negligence of the defendant, James M. Peck, was a substantial factor and proximate cause of all of the injuries and damages suffered by the plaintiff, Gerald W.

Christophersen.

14.     At the time of the collision described above and immediately prior thereto, the defendant, James M. Peck, was operating the previously identified vehicle at the direction and control of the defendant, Kapur & Associates, Inc., in furtherance of the business, welfare and/or benefit of the defendant, Kapur & Associates, Inc., and was performing a service for the defendant, Kapur & Associates, Inc. Further allege that at the time of said collision, the defendant, James M. Peck, was driving the previously identified vehicle in the course of his duty as an employee and/or servant of the defendant, Kapur & Associates, Inc., as authorized by said defendant, and at all material times, the defendant, James M. Peck, was acting within the scope of his employment with the defendant, Kapur & Associates, Inc. Further allege that the defendant, Kapur & Associates, Inc., is vicariously liable for the negligence of the defendant, James M. Peck, and that such negligence is imputable to the defendant, Kapur & Associates, Inc., under the doctrine of *respondeat superior*.

15.     As a result of the incident, the plaintiff, Gerald W. Christophersen, suffered severe and permanent injuries to his mind and body including, but not limited to, his neck and low back. These injuries and their natural consequences caused the plaintiff, Gerald W. Christophersen, to incur medical expenses, lost wages, experience pain and suffering, interference with normal activities, interference with the ability to enjoy life, and embarrassment; all of which will continue in the future and are permanent in nature.

16.     As a result of the injuries sustained by the plaintiff, Gerald W. Christophersen, the plaintiff, Patti Christophersen, has been deprived of the society and companionship of her spouse, has provided nursing services, and has incurred medical and other expenses relating to her spouse's injuries, and will continue to incur such expenses in the future.

17.     As the liability carrier for the defendant, James M. Peck, the defendant, Progressive, is liable to the plaintiffs for all of their injuries and damages.

18.     As the liability carrier for the defendants, James M. Peck and/or Kapur &

Associates, Inc., the defendant, West Bend, is liable to the plaintiffs for all of their injuries and damages.

19.     As the liability carrier for the defendant, James M. Peck, the defendant, Alias Insurance Company No. 1, is liable to the plaintiffs for all of their injuries and damages.

20.     As the liability carrier for the defendant, Kapur & Associates, Inc., the defendant, Alias Insurance Company No. 2, is liable to the plaintiffs for all of their injuries and damages.

WHEREFORE, the plaintiffs demand judgment as follows:

A.     In favor of the plaintiffs, Gerald W. Christophersen and Patti Christophersen, and against the defendants, Progressive, West Bend, Kapur & Associates, Inc., James M. Peck, Alias Insurance Company No. 1, and Alias Insurance Company No. 2, in an amount sufficient to constitute fair and reasonable compensation for the injuries and damages suffered by the plaintiffs;

B.     In the event of settlement or verdict in favor of the plaintiffs, for an order declaring the rights of the plaintiffs to any settlement/verdict proceeds, superior to that of any subrogated carrier and further, for a declaration that the plaintiffs are not obligated to pay any funds to any subrogated carrier;

C.     For costs, disbursements and prejudgment interest; and

D.     For whatever further relief the Court deems proper.

PLAINTIFFS DEMAND THAT ALL ISSUES RAISED ABOVE
BE TRIED BEFORE A JURY OF TWELVE (12) PERSONS

Dated this 1st day of October, 2025.

HABUSH HABUSH & ROTTIER S.C.®
Attorneys for the Plaintiffs

*Electronically signed by Victoria M. Karcher*
Victoria M. Karcher
State Bar No. 1077482

ADDRESS:
227110 Harrier Avenue
P.O. Box 1987
Wausau, WI 54402-1987
(715) 842-4444
vkarcher@habush.com

**FILED**
**10-22-2025**
**Clerk of Circuit Court**
**Price County, WI**
**2025CV000105**

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY

---

GERALD W. CHRISTOPHERSEN
and PATTI CHRISTOPHERSEN,

                Plaintiffs,

     -vs-

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLÉ USA NESCARE PLAN,
and SECURITY HEALTH PLAN OF WISCONSIN, INC.,

                Defendants.

**Case No. 2025-CV-105**
Code:  30101

Amount Claimed is Greater
than the Amount Under
Wis. Stat. § 799.01(1)(d)

---

**PLAINTIFFS' REPLY TO COUNTERCLAIM OF DEFENDANT,
SECURITY HEALTH PLAN OF WISCONSIN, INC.**

---

The plaintiffs, Gerald W. Christophersen and Patti Christophersen, by their attorneys, HABUSH HABUSH & ROTTIER S.C.®, reply to the Counterclaim of the defendant, Security Health Plan of Wisconsin, Inc., as follows:

1.      In reply to paragraphs 1 and 2 of the Counterclaim, the plaintiffs reallege and incorporate by reference herein, as if more fully set forth, all the paragraphs/allegations contained in the plaintiffs' Complaint.

2.      In reply to paragraph 3 of the Counterclaim, the plaintiffs state that if Security Health Plan of Wisconsin, Inc., has any right of subrogation, those rights, if any, are subject to Rimes, Garrity, and its progeny and/or to any federal and/or state laws which would prevent or limit any right to reimbursement on the part of this counterclaiming defendant.

    WHEREFORE, the plaintiffs demand judgment dismissing the Counterclaim of the defendant, Security Health Plan of Wisconsin, Inc., together with costs and disbursements.

Dated this 22nd day of October, 2025.

                                              **HABUSH HABUSH & ROTTIER S.C.®**
                                              Attorneys for the Plaintiffs


                                              *Electronically Signed by Victoria M. Karcher*
                                              Victoria M. Karcher
                                              State Bar No. 1077482

ADDRESS:
227110 Harrier Avenue
P.O. Box 1987
Wausau, WI 54402-1987
(715) 842-4444
vkarcher@habush.com

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **PRICE COUNTY**

---

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice Status Change**

Case No: 2025CV000105

---

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
301 S. BEDFORD STREET, SUITE 1
MADISON WI 53703

For 2025CV000105, the electronic notice preference for Spencer E. Davczyk, Wisconsin attorney for West Bend Insurance Company, Kapur & Associates, Inc., and James M. Peck, has changed.

Spencer E. Davczyk has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: October 31, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**         **CIRCUIT COURT**          **PRICE COUNTY**

Gerald W. Christophersen et al vs. Progressive Universal
Insurance Company et al

**Electronic Notice
Status Change**

Case No: 2025CV000105

ALIAS INSURANCE COMPANY NO. 1

For 2025CV000105, the electronic notice preference for Spencer E. Davczyk,
Wisconsin attorney for West Bend Insurance Company, Kapur & Associates, Inc., and
James M. Peck, has changed.

Spencer E. Davczyk has registered as an electronic notice party and has agreed to file
any documents and receive all communications from the court for this case
electronically. You will no longer need to provide traditional paper documents to this
party, unless the party has an attorney who has filed a limited notice of appearance
and this party is receiving limited scope representation. You still need to provide
traditional paper documents to the court and any other parties who are not
electronically filing.

If you have any questions regarding this notice, please contact our office at
715-339-2353.

Price County Circuit Court
Date: October 31, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**  **CIRCUIT COURT**  **PRICE COUNTY**

Gerald W. Christophersen et al vs. Progressive Universal
Insurance Company et al

**Electronic Notice
Status Change**

Case No: 2025CV000105

ALIAS INSURANCE COMPANY NO. 2

For 2025CV000105, the electronic notice preference for Spencer E. Davczyk,
Wisconsin attorney for West Bend Insurance Company, Kapur & Associates, Inc., and
James M. Peck, has changed.

Spencer E. Davczyk has registered as an electronic notice party and has agreed to file
any documents and receive all communications from the court for this case
electronically. You will no longer need to provide traditional paper documents to this
party, unless the party has an attorney who has filed a limited notice of appearance
and this party is receiving limited scope representation. You still need to provide
traditional paper documents to the court and any other parties who are not
electronically filing.

If you have any questions regarding this notice, please contact our office at
715-339-2353.

Price County Circuit Court
Date: October 31, 2025

This form shall not be modified. It may be supplemented with additional material.

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE COUNTY |

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice Status Change**

Case No: 2025CV000105

NESTLE USA NESCARE PLAN
301 S. BEDFORD STREET, SUITE 1
MADISON WI 53703

For 2025CV000105, the electronic notice preference for Spencer E. Davczyk, Wisconsin attorney for West Bend Insurance Company, Kapur & Associates, Inc., and James M. Peck, has changed.

Spencer E. Davczyk has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: October 31, 2025

This form shall not be modified. It may be supplemented with additional material.

FILED
10-30-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE COUNTY |
|---|---|---|
| | BRANCH I | |

GERALD W. CHRISTOPHERSEN, and
PATTI CHRISTOPHERSEN,

      Plaintiffs,

                                    Case No. 2025-CV-105

v.

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLE USA NESARE PLAN, and
SECURITY HEALTH PLAINT OF WISCONSIN, INC.,

      Defendants.

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that Davczyk & Varline, LLC, hereby appears for the defendants, West Bend Insurance Company, Kapur & Associates, Inc. and James M. Peck and demands that a copy of all papers and proceedings subsequent to the Summons and Complaint herein be served upon us at our office. All further correspondence in the above matter should be served upon us at the following address:

                Davczyk & Varline, LLC
                1400 Merrill Avenue
                P. O. Box 1192
                Wausau, WI  54402-1192

Dated this 30th day of October, 2025.

**DAVCZYK & VARLINE, LLC**
**Attorneys for defendants, West Bend Insurance**
**Company, Kapur & Associates, Inc. and James M.**
**Peck.**

Electronically signed by

By:      *Spencer E. Davczyk*

Spencer E. Davczyk
State Bar No.:  1037244

**ADDRESS:**
1400 Merrill Avenue
P.O. Box 1192
Wausau, WI  54402-1192
PH: 715-675-7777
FX: 715-678-8888
sdavczyk@dvlawoffice.com

FILED
10-30-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| STATE OF WISCONSIN | CIRCUIT COURT | PRICE COUNTY |
|---|---|---|
| | BRANCH I | |

GERALD W. CHRISTOPHERSEN, and
PATTI CHRISTOPHERSEN,

       Plaintiffs,

                                    Case No. 2025-CV-105

v.

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLE USA NESARE PLAN, and
SECURITY HEALTH PLAINT OF WISCONSIN, INC.,

       Defendants.

## ANSWER TO AMENDED COMPLAINT

**NOW COME** the above-named defendants, West Bend Insurance Company, Kapur & Associates, Inc. and James M. Peck, by their attorneys, Davczyk & Varline, LLC, and as and for an Answer to the plaintiff's Complaint, shows to the Court as follows:

1.      Admit.

2.      Admit.

3.      Deny information sufficient to form a belief as to each and every allegation contained in paragraph 3 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

4.      Admit that at all times material hereto, there was in full force and effect, a policy of liability insurance issued to or for the benefit of the defendant. Affirmatively allege that said policy of insurance is a contract of insurance subject to all of the terms, limitations, exclusions and conditions stated therein.

5.      Admit.

6.      Admit the identification of James M. Peck. Deny information sufficient to form a belief as to all remaining allegations contained in paragraph 6 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

7.      Deny information sufficient to form a belief as to each and every allegation contained in paragraph 7 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

8.      Deny information sufficient to form a belief as to each and every allegation contained in paragraph 8 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

9.      Deny information sufficient to form a belief as to each and every allegation contained in paragraph 9 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

10.      Deny information sufficient to form a belief as to each and every allegation contained in paragraph 10 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

11.      Admit that a collision occurred between the vehicles on the date, time and location alleged. Deny information sufficient to form a belief as to all remaining allegations contained in paragraph 11 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

12.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 12 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

13.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 13 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

14.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 14 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

15.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 15 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

16.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 16 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

17.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 17 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

18.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 18 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon. Affirmatively allege that said policy of insurance is a contract of insurance subject to all of the terms, limitations, exclusions and conditions stated therein.

19.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 19 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

20.     Deny information sufficient to form a belief as to each and every allegation contained in paragraph 20 of the plaintiffs' Amended Complaint, and therefore, deny, leaving the plaintiffs to their strict proof thereon.

## AFFIRMATIVE DEFENSES

21.     That, as and for a separate and affirmative defense, West Bend Insurance Company, Kapur & Associates, Inc. and James M. Peck would allege and show to the court that the plaintiffs' Amended Complaint fails to state a claim upon which relief may be granted as against one or more of these defendants.

22.     That, as and for a separate and affirmative defense, West Bend Insurance Company, Kapur & Associates, Inc. and James M. Peck would allege and show to the court that the injuries or damages allegedly sustained by the plaintiffs were the direct and proximate result of the negligence of other parties or people, including the plaintiffs, for which these defendants are not responsible or liable.

23.     That, as and for a separate and affirmative defense, West Bend Insurance Company, Kapur & Associates, Inc. and James M. Peck would allege and show to the court that the plaintiffs might have failed to mitigate damages.

24.     That, as and for a separate and affirmative defense, West Bend Insurance Company, Kapur & Associates, Inc. and James M. Peck would allege and show to the court that the plaintiffs might have failed to effect proper service of the Summons and/or Complaint and/or Amended

Summons and Amended Complaint upon one or more of these defendants, and therefore, the court
lacks proper jurisdiction over them.

25.     That, as and for a separate and affirmative defense, West Bend Insurance Company,
Kapur & Associates, Inc. and James M. Peck would allege and show to the court that the plaintiffs
might have failed to name and join indispensable parties to this action.

26.     That, as and for a separate and affirmative defense, West Bend Insurance Company,
Kapur & Associates, Inc. and James M. Peck would allege and show to the court that the plaintiffs'
claims might be barred by the applicable statute of limitations.

**WHEREFORE**, the above-named defendants, West Bend Insurance Company, Kapur &
Associates, Inc. and James M. Peck, hereby demand judgment, dismissing the plaintiffs' Amended
Complaint, upon the merits, together with the cost and disbursements of this action.

**DEMAND IS HEREBY MADE FOR A TRIAL BY JURY OF TWELVE (12).**

Dated this 30th day of October, 2025.

**DAVCZYK & VARLINE, LLC**
Attorneys for defendants, West Bend Insurance
Company, Kapur & Associates, Inc. and James M.
Peck.

Electronically signed by

By:   *Spencer E. Davczyk*

Spencer E. Davczyk
State Bar No.:  1037244

**ADDRESS:**
1400 Merrill Avenue
P.O. Box 1192
Wausau, WI  54402-1192
PH: 715-675-7777
FX: 715-678-8888
sdavczyk@dvlawoffice.com

**STATE OF WISCONSIN**     **CIRCUIT COURT**     **PRICE COUNTY**

---

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice
Status Change**

Case No: 2025CV000105

---

PROGRESSIVE UNIVERSAL INSURANCE COMPANY
301 S. BEDFORD STREET, SUITE 1
MADISON WI 53703

For 2025CV000105, the electronic notice preference for Tony Harold Mcgrath, Wisconsin attorney for Nestle USA NesCARE Plan, has changed.

Tony Harold Mcgrath has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: October 31, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **PRICE COUNTY**

---

Gerald W. Christophersen et al vs. Progressive Universal
Insurance Company et al

**Electronic Notice
Status Change**

Case No: 2025CV000105

---

ALIAS INSURANCE COMPANY NO. 1

For 2025CV000105, the electronic notice preference for Tony Harold Mcgrath,
Wisconsin attorney for Nestle USA NesCARE Plan, has changed.

Tony Harold Mcgrath has registered as an electronic notice party and has agreed to
file any documents and receive all communications from the court for this case
electronically. You will no longer need to provide traditional paper documents to this
party, unless the party has an attorney who has filed a limited notice of appearance
and this party is receiving limited scope representation. You still need to provide
traditional paper documents to the court and any other parties who are not
electronically filing.

If you have any questions regarding this notice, please contact our office at
715-339-2353.

Price County Circuit Court
Date: October 31, 2025

This form shall not be modified. It may be supplemented with additional material.

**STATE OF WISCONSIN**          **CIRCUIT COURT**          **PRICE COUNTY**

Gerald W. Christophersen et al vs. Progressive Universal Insurance Company et al

**Electronic Notice Status Change**

Case No: 2025CV000105

ALIAS INSURANCE COMPANY NO. 2

For 2025CV000105, the electronic notice preference for Tony Harold Mcgrath, Wisconsin attorney for Nestle USA NesCARE Plan, has changed.

Tony Harold Mcgrath has registered as an electronic notice party and has agreed to file any documents and receive all communications from the court for this case electronically. You will no longer need to provide traditional paper documents to this party, unless the party has an attorney who has filed a limited notice of appearance and this party is receiving limited scope representation. You still need to provide traditional paper documents to the court and any other parties who are not electronically filing.

If you have any questions regarding this notice, please contact our office at 715-339-2353.

Price County Circuit Court
Date: October 31, 2025

GF-208(CCAP), 06/2022 Electronic Notice Status Change

This form shall not be modified. It may be supplemented with additional material.

FILED
10-31-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE COURT OF WISCONSIN
PRICE COUNTY CIRCUIT COURT

GERALD W. CHRISTOPHERSEN
and PATTI CHRISTOPHERSEN,

        Plaintiffs,

    vs.

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLÉ USA NESCARE PLAN,
and SECURITY HEALTH PLAN OF WISCONSIN, INC.,

        Defendants.

**Case No. 25-cv-105**
Code: 30101

Amount Claimed is Greater
than the Amount Under
Wis. Stat. § 799.01(1)(d)

---

## NOTICE OF APPEARANCE

---

    PLEASE TAKE NOTICE that the undersigned Tony H. McGrath of Jackson Lewis P.C. will

appear on behalf of Defendant Nestlé USA NesCARE Plan in the above matter and request that copies of

all correspondence and pleadings filed in this matter be sent to the undersigned.


Dated: October 31, 2025

        Respectfully submitted,

        **JACKSON LEWIS P.C.**
        **Attorneys for Defendant, Nestlé USA**
        **NesCARE Plan**

        Electronically filed by Tony H. McGrath
        Tony H. McGrath, WI Bar # 1042806
        22 E. Mifflin Street, Suite 800
        Madison, WI 53703
        Direct Tel: (608) 807-5274
        Fax: (608) 260-0058
        Tony.McGrath@JacksonLewis.com

FILED
10-31-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN
CIRCUIT COURT – PRICE COUNTY

---

GERALD W. CHRISTOPHERSEN
and PATTI CHRISTOPHERSEN,

              Plaintiffs,

    -vs-

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
WEST BEND INSURANCE COMPANY,
KAPUR & ASSOCIATES, INC.,
JAMES M. PECK,
ALIAS INSURANCE COMPANY NO. 1,
ALIAS INSURANCE COMPANY NO. 2,
NESTLÉ USA NESCARE PLAN,
and SECURITY HEALTH PLAN OF WISCONSIN, INC.,

              Defendants.

**Case No. 2025-CV-105**
Code: 30101

Amount Claimed is Greater
than the Amount Under
Wis. Stat. § 799.01(1)(d)

---

## ADMISSION OF SERVICE

---

    I, Tony H. McGrath, on behalf of the defendant, Nestlé USA NesCARE Plan, hereby admit due and sufficient service of an authenticated copy of the Amended Summons and Complaint, Summons and Complaint, and Electronic Filing Notice on behalf of Nestle USA NesCARE Plan in this action and consent to the jurisdiction of the Court.

    Dated this 2ⁿᵈ day of October, 2025.

                    JACKSON LEWIS P.C.
                    Attorneys for Defendant, Nestlé USA
                    NesCARE Plan

                    Tony H. McGrath
                    State Bar No. 1042806

FILED
10-31-2025
Clerk of Circuit Court
Price County, WI

# **C**K INVESTIGATIONS, LLC

*Thirty years of law enforcement and professional training.*

(715) 581-3020

P.O. Box 1691, Wausau WI 54402

ckinvestigationswi.com

ckinvestigationswi@gmail.com

## AFFIDAVIT OF SERVICE

I, Charles D. Knapp, verify that I have served the legal documents as indicated below and verify that if this paper was sub-served that the person receiving this paper was of legal age to receive paper. If this was a corporate serve, the person receiving the paper was authorized to accept service. I am over the age of 18, not a party to the action, authorized to serve the paper, and did identify the named person or business at the time of service. I verified the defendant was not currently an active military service member by asking the defendant or the person sub-served.

STATE OF WISCONSIN

GERALD W. CHRISTOPHERSEN, et al

- VS -

PROGRESSIVE UNIVERSAL INS. CO., et al

CASE NUMBER: State of Wisconsin, Price County 25-CV-105

TYPE OF DOCUMENT: Authenticated Copy of Summons and Complaint, Authenticated Copy of Amended Summons and Complaint, and Electronic Filing Notice.

PERSON SERVED/TITLE: James M. Peck

DATE OF SERVICE: October 11th, 2025

TIME OF SERVICE: 9:50 AM

ADDRESS OF SERVICE: 602 Decator Dr., Wausau, WI 54401

ATTEMPTED SERVICE PRIOR TO ACTUAL OR RETURN FOR NON-SERVICE:

FIRST: (DATE/TIME/ADDRESS/REASON)

SECOND: (DATE/TIME/ADDRESS/REASON)

COMMENTS:

Subscribed and Sworn to before me this 21st day of October, 2025

Signature: *Jennifer Thums*

JENNIFER L. THUMS

My commission expires: 7-11-2026

JENNIFER L. THUMS
NOTARY PUBLIC
STATE OF WISCONSIN

Charles D. Knapp, Process Server Signature    10/21/25

WI LICENSE #11930-69, AGENCY #16878-62

**Price County**

FILED
10-31-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

| | |
|---|---|
| GERAL W CHRISTOPHERSEN ET AL | **Case No.:25CV000105** |
| Plantiff | |
| v. | |
| WEST BEND INSURANCE COMPANY | |
| Defendant | |

## AFFIDAVIT OF CORPORATE SERVICE

I, **Brian A Mejaki** being duly sworn on oath, state I am an adult resident of Wisconsin. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10) (2)

That on 10/15/2025 at 12:00 PM at 1900 S. 18TH AVE., WEST BEND, WI 53095 I served WEST BEND INSURANCE COMPANY with the following list of documents: **ELECTRONIC FILING NOTICE; AMENDED SUMMONS & COMPLAINT; SUMMONS & COMPLAINT** by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Bethany Beightol whose title is Person authorized to accept legal documents.

Final Results: 10/15/2025 at 12:00 PM

That the fee for this Service is $ 50.00

Brian A Mejaki
State Process Service, Inc
11063 West Bluemound Rd, 101
Wauwatosa, WI 53226
(414) 256-7000

Subscribed and sworn before me, a Notary Public. this 15th day of October, 2025

Jon P Kratochvil
Notary Public
My Commision expires on: 4/27/2029

Order #:P436816
Their File 25CV000105

FILED
10-31-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

STATE OF WISCONSIN        CIRCUIT COURT        PRICE COUNTY

---

GERALD W. CHRISTOPHERSEN, ET AL.

v.                                          Case No. 25CV105

PROGRESSIVE UNIVERSAL INSURANCE COMPANY, ET AL.

---

### AFFIDAVIT OF SERVICE

---

STATE OF WISCONSIN       )
                              ) ss.
COUNTY OF DANE          )

Kamille Valenzuela-Sanchez, an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath deposes and says that on October 7, 2025 at 2:06 PM, in the City of Madison, Dane County, Wisconsin, at *301 South Bedford Street, Suite 1*, **Progressive Universal Insurance Company** was served with an authenticated copy of the Electronic Filing Notice, Amended Summons, Amended Complaint, Summons, and Complaint in the above-referenced matter by then and there leaving copies thereof with Barb Dejongh, Customer Service, a person authorized to accept service on behalf CT Corporation System, Registered Agent of said Corporation. Such copies were endorsed with my name, the date and time of service.

Subscribed and sworn to before me
The _10_ day of October, 2025

_Joanne Van Norman_
Notary Public, Dane County, WI
My Commission expires _8/7/28_

Kamille Valenzuela-Sanchez
Process Server
Dane County Legal Notice, LLC
6041 Monona Drive, Suite 105
Madison, Wisconsin 53716
(608)251-1181

JOANNE VAN NORMAN
NOTARY
PUBLIC
STATE OF WISCONSIN

FILED
10-31-2025
Clerk of Circuit Court
Price County, WI
2025CV000105

**Price County**

| | |
|---|---|
| GERAL W CHRISTOPHERSEN ET AL | Case No.:25CV000105 |
| Plantiff | |
| v. | |
| KAPUR & ASSOCIATES INC | |
| Defendant | |

## AFFIDAVIT OF CORPORATE SERVICE

I, **Brian A Mejaki** being duly sworn on oath, state I am an adult resident of Wisconsin. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10) (2)

That on 10/15/2025 at 1:13 PM at 7711 N P'ORT WASHINGTON RD, MILWAUKEE, WI 53217 I served KAPUR & ASSOCIATES INC with the following list of documents: **ELECTRONIC FILING NOTICE; AMENDED SUMMONS & COMPLAINT; SUMMONS & COMPLAINT** by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Joseph Fleischfresser whose title is Person authorized to accept legal documents.

Final Results: 10/15/2025 at 1:13 PM

That the fee for this Service is $ 45.00

Brian A Mejaki
State Process Service, Inc
11063 West Bluemound Rd, 101
Wauwatosa, WI 53226
(414) 256-7000

Subscribed and sworn before me, a Notary Public. this 15th day of October, 2025

Jon P Kratochvil
Notary Public
My Commision expires on: 4/27/2029

Order #:P436815
Their File 25CV000105

